RECEIVED
MAY 1 2 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-CR-048 |
| v. | INDICTMENT |
| TRAVIS RAY FEEBACK, | T. 18 U.S.C. § 875(b) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Interstate Communications with Intent to Extort)**

On or about March 25, 2020, in the Southern District of Iowa, the Defendant, TRAVIS RAY FEEBACK, knowingly and with intent to extort $2,000, disability benefits, and a medical military retirement from the Iowa Army National Guard, the Defense Finance and Accounting Services, and Veterans Affairs Central Iowa Health Care System, did transmit in interstate commerce a communication by e-mail to employees of the Iowa Army National Guard, and the communication contained a threat to injure, specifically, shoot and kill employees of the Iowa Army National Guard and employees of the Veterans Affairs Central Iowa Health Care System.

This is a violation of Title 18, United States Code, Section 875(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Interstate Communications with Intent to Extort)**

On or about March 25, 2020, in the Southern District of Iowa, the Defendant, TRAVIS RAY FEEBACK, knowingly and with intent to extort $2,000, disability

benefits, and a medical military retirement from the Iowa Army National Guard, the Defense Finance and Accounting Services, and Veterans Affairs Central Iowa Health Care System, did transmit in interstate commerce a communication by Facebook Messenger to the Veterans Affairs Central Iowa Health Care System, and the communication contained a threat to injure, specifically, shoot and kill employees of the Iowa Army National Guard and employees of the Veterans Affairs Central Iowa Health Care System.

This is a violation of Title 18, United States Code, Section 875(b).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: /s/ _____
    Virginia M. Bruner
    Assistant United States Attorney

for