IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRAVIS RAY FEEBACK,<br><br>Defendant. | )<br>)<br>) Criminal No. 4:20-CR-048<br>)<br>)<br>) STATUS REPORT<br>)<br>)<br>) |

The government updates the Court on the status of Defendant.

1. On September 28, 2020, the Court held a telephonic hearing on Defendant's motion to be returned to Iowa for a local competency evaluation. The Court directed the government to apprise the Court and defense counsel of Defendant's status in transport to the designated facility by October 8, 2020.

2. On October 6, 2020, BOP Counsel Mary Noland notified the government that Defendant had arrived at FMC Ft. Worth, as designated.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/ Mikaela J. Shotwell for*
Virginia M. Bruner
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email: virginia.bruner@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing    \_\_X\_\_Other means (e-mail)

UNITED STATES ATTORNEY

By: /s/ *Hillary Kruse*
         Hillary Kruse, Paralegal