# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

| United States of America | Case No. 4·20·CR·0048 JEG·HCA |
|---|---|
| vs. | |
| Travis Feeback | ORDER CONTINUING TRIAL |

At the request of the Defendant/~~Government~~ (ECF 44), trial in this case was ~~is~~ continued. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. The Court finds that a continuance is in the interest of justice, which outweighs the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

- [x] Delay associated with proceedings to determine competency. 18 U.S.C. § 3161(h)(1)(A).
- [ ] Delay associated with the need to resolve pretrial motions. 18 U.S.C. § 3161(h)(1)(D).
- [ ] Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).
- [ ] Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).
- [ ] Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).
- [ ] Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time. 18 U.S.C. § 3161(h)(7)(B)(ii).
- [ ] Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).
- [ ] A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).
- [x] Other: Defendant's ~~competency~~ evaluation report filed 12/10/20 (ECF 57). Neither party requests further hearing. Pursuant to 18 U.S.C. § 4241 and 4247, a hearing shall be scheduled upon Defendant's return to this District.

**New Trial Date and Deadlines:**

Trial Shall begin: May 3, 2021
*A separate Order may be entered with requirements for trial preparation and specific motions.*

Discovery Completed/Supplemented by: N/A

Reciprocal Discovery Due: February 19, 2021

Pretrial Motions Shall be Filed: February 19, 2021

Plea Entry Deadline: April 19, 2021 ;
*Entry of plea after this deadline may impact consideration for Acceptance of Responsibility under U.S.S.C. Guidelines § 3E1.1.*

Status Conference (Counsel Only) set: January 15, 2021 at 11:20 a.m. by telephone conference with Judge Adams. The timing and format for Defendant's § 4247 hearing will be discussed.
Final Pretrial Conference Set: N/A .

Dated this 15 day of December, 2020

_____
UNITED STATES MAGISTRATE JUDGE