IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS RAY FEEBACK, <br><br> Defendant. | Case No. 4:20-cr-048 <br><br> MOTION TO CONTINUE PRETRIAL MOTION DEADLINES |

COMES NOW the defendant, Travis Feeback, through counsel, and moves for a one-week continuance of the pretrial motion deadlines.  In support of this motion, counsel states as follows:

1.      On May 12, 2020, an Indictment was filed against the defendant in the U.S. District Court for the Southern District of Iowa, charging him with two counts of Interstate Communications with Intent to Extort in violation of 18 U.S.C. § 875(b).

2.      Mr. Feeback has been in custody since the beginning of April 2020.  In July 2020, this Court ordered that Mr. Feeback receive a competency and mental health evaluation.  On January 26, 2021, a competency hearing was held and Mr. Feeback was determined to be competent.

3.      Trial is set in this matter to commence on May 3, 2021.  The pretrial motion deadline is February 19, 2021.

4.      Defendant requests a one-week continuance of the pretrial motion deadline, until February 26, 2021.

5.      Counsel has contacted Assistant U.S. Attorney Virginia Bruner, the attorney handling the case for the government, and she has no objection to a one-week continuance.

WHEREFORE, defendant Travis Feeback respectfully requests a continuance of the pretrial motion deadline until February 26, 2021.

Respectfully Submitted,

/s/ Andrew Graeve

Andrew Graeve, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: andrew_graeve@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Theresa McClure