IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVIS RAY FEEBACK,<br><br>    Defendant. | Case No. 4:20-cr-048<br><br>MOTION TO WITHDRAW AS COUNSEL |

COMES NOW, Andrew Graeve, appointed counsel for the defendant, Travis Ray Feeback, and moves the court for an order permitting withdrawal of counsel from further representation of the defendant and states to the court as follows:

1. On May 12, 2020, an Indictment was filed against the defendant in the U.S. District Court for the Southern District of Iowa, charging him with two counts of Interstate Communications with Intent to Extort in violation of 18 U.S.C. § 875(b).

2. Mr. Feeback has been in custody since the beginning of April 2020.  In July 2020, this Court ordered that Mr. Feeback receive a competency and mental health evaluation.  On January 26, 2021, a competency hearing was held and Mr. Feeback was determined to be competent.

3. Trial is set in this matter to commence on May 3, 2021.  The pretrial motion deadline is February 26, 2021.

4. Based upon conversations between defendant and counsel in iweb visits recently, the undersigned submits that there exists an irretrievable breakdown in the attorney/client relationship to the extent that continuing effective representation is no longer possible.

WHEREFORE, counsel for the defendant requests that the Federal Defender's Office be permitted to withdraw, and that new counsel be appointed to represent defendant Travis Ray Feeback during the remainder of his criminal case.

Respectfully Submitted,

/s/ Andrew Graeve
Andrew Graeve, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: andrew_graeve@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Theresa McClure