IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TRAVIS RAY FEEBACK,<br><br>Defendant. | Criminal No. 4:20-cr-048<br>4:21-cr-079<br><br>MOTION TO CONTINUE<br>SENTENCING HEARING |

The United States of America moves the Court to continue Defendant's sentencing hearing, and in supports thereof states:

1. Defendant was charged with and pleaded guilty to: interstate communication of a threat to extort, in violation of Title 18, United States Code, Section 875(b) (4:20-cr-048); and assaulting, resisting, or impeding certain officers or employees, in violation of Title 18, United States Code, Section 111(a) and 111(b) (4:21-cr-079). His joint sentencing is currently set for Tuesday, December 14, 2021 at 11 am.

2. In October 2021, Defendant committed a new crime and assaulted another detention officer at the Polk County jail. This conduct was cited in Defendant's final PSR. PSR ¶ 5(f).

3. The government intends to pursue an additional charge against Defendant for this new conduct, but a grand jury will not have convened and returned indictments until after Defendant's sentencing.

4. The government requests the Court continue Defendant's sentencing until after at least December 17, 2021 to conserve judicial and government resources,

and so the Court can consider the full scope of Defendant's conduct in imposing sentence.

5. There is no Sixth Amendment right to a speedy sentencing. *See* Fed. R. Crim. P. 32(b); *Betterman v. Montana*, 136 S. Ct. 1609, 1612–16 (2016).

6. The government contacted Defendant's counsel on Monday, November 29, 2021 about the potential for new charges and his position on continuing sentencing. As of Thursday, December 2, 2021 the government has not heard from Defendant's counsel. Therefore, the government does not know Defendant's position regarding a continuance. The government would agree to a continuance until after Defendant's new charge resolves but requests a minimal continuance of one week until Defendant's position is known.

WHEREFORE, the United States requests the Court continue sentencing in these matters until after at least December 17, 2021.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on December 2, 2021, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery
 X ECF/Electronic filing \_\_\_\_Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ MacKenzie Tubbs*

By: */s/ MacKenzie Tubbs*
MacKenzie Benson Tubbs
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mackenzie.benson.tubbs@usdoj.gov