# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **TRAVIS RAY FEEBACK,**  Defendant. | CASE NOS. 4:20-CR-00048; 4:21-CR-00079  **RESISTANCE TO MOTON TO CONTINUE SENTENCING** |

**COMES NOW** the Defendant, Travis Ray Feeback and for his Resistance to Continue the Sentencing Hearing states as follows:

1. Mr. Feeback admits each and every allegation in paragraph 1 of the Government's Motion to Continue Sentencing.

2. The Defendant denies that he committed a new crime but admits that he had a recent dispute at the Polk County Jail in October of 2021. Mr. Feeback does not admit to any misconduct by this pleading.

3. Mr. Feeback does not admit nor deny that the Government is seeking to impanel a grand jury to seek an indictment against him.

4. Mr. Feeback resists the Government's Motion to Continue Sentencing until after December 17, 2021, for the following reasons:

      a.      He is currently in the SHU and has no access to the commissary, reading glasses nor medications and would like to be sentenced due to the length of time he has spent in the SHU.

5.      Although there is no Sixth Amendment right to a speedy sentencing, Mr. Feeback wants the court to know that he has been in the SHU for a lengthy period of time. It is wearing on him and causing anxiety and depression. The time in the SHU segregates him from all other inmates in addition to denying him access to the commissary. He needs glasses to read, and he cannot obtain a prescription. Efforts have been made to find glasses, but one pair of glasses were broken at the jail, and he is unable to obtain the second pair of glasses at his apartment. Mr. Feeback is a veteran and suffers from post-traumatic stress disorder. He is not medicated currently but needs medication.

6.      Counsel for Mr. Feeback acknowledges that the Assistant United States Attorney contacted Mr. Feeback's counsel. Counsel was in Cedar Rapids on Friday, December 3, 2021, resolving a first-degree murder case entitled *State v. Walker*, Linn County No. FECR133767 and was back in state court in Des Moines, Iowa on Monday morning, December 6, 2021, at a final pretrial conference for a first-degree murder trial, *State v. Johnson*, Polk County No. FECR33991, scheduled to begin December 13, 2021. Counsel was under the impression that he responded to the Government's motion while he was working from home but evidently, the response

did not go out. Although the Government is seeking only a one-week continuance, it would encompass a substantial delay if Mr. Feeback is not sentenced and he remains in the SHU at the Polk County Jail. Mr. Feeback's stay at the Polk County Jail has been problematic. He is unable to get needed exercise, glasses, or visit the commissary.

7. Counsel is scheduled to begin a first-degree murder trial in *State v. Johnson*, Polk County No. FECR339915 on Monday, December 13, 2021. Counsel filed a motion for recess from the *Johnson* case and has received approval from the court for a brief recess on December 14, 2021, to attend the sentencing hearing in Mr. Feeback's case. See Order attached as Exhibit A.

**WHEREFORE,** Mr. Travis Ray Feeback prays that the court would leave his sentencing scheduled for December 14, 2021.

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY:      /s/ *Alfredo Parrish*
    Alfredo Parrish          AT0006051
    2910 Grand Avenue
    Des Moines, Iowa 50312
    (515) 284-5737
    (515) 284-1704 (Fax)
    aparrish@parrishlaw.com
    **ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | (X) | e-mail |

on December 6, 2021,

I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ *Lori Yardley*

MacKenzie Benson Tubbs
Assistant United States Attorney
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
515-473-9300 (Phone)
515-473-9292 (FAX)
mackenzie.benson.tubbs@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Travis Ray Feeback
**DEFENDANT**

E-FILED    FECR339915 - 2021 DEC 02 11:01 AM    POLK
CLERK OF DISTRICT COURT    Page 1 of 2

# IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| **STATE OF IOWA,**  Plaintiff,  vs.  **GORDON JEROME JOHNSON,**  Defendant. | **CRIMINAL NO. FECR339915**  **ORDER GRANTING MOTION FOR A RECESS FROM 10:30 TO NOON ON DECEMBER 14, 2021** |

**BE IT REMEMBERED**, Defendant, having filed a Motion for a Recess from 10:30 to noon on December 14, 2021, and the Court having reviewed said Motion and being fully advised in its premises, **FINDS** said Motion is proper and should be **GRANTED**.

**IT IS SO ORDERED.**

Exhibit A



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| FECR339915 | STATE VS GORDON JEROME JOHNSON |
| **Type:** | OTHER ORDER |

So Ordered

Paul D. Scott, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2021-12-02 11:01:54